UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 27, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,       )
                                )       Case No. MAG. 08-0102-EFB
            Plaintiff,           )
                                )
v.                              )       ORDER FOR RELEASE OF
                                )       PERSON IN CUSTODY
MICHAEL PAUL MARTINEZ,          )
                                )
            Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL PAUL MARTINEZ, Case No.

MAG. 08-0102-EFB from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $225,000.00.

        _____   Unsecured Appearance Bond

        __X__   Appearance Bond with Surety

        __X__   (Other) Conditions as stated on the record.

        __X__   (Other) The Defendant is ordered released forthwith under a $225,000 unsecured bond

pending the filing of the secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   03/27/08   at 2:46pm.

By _____
        Edmund F. Brennan
        United States Magistrate Judge